**Order filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00470-CR
_____

### TAD JEREMY COSTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1501811**

---

## O R D E R

The clerk's record was filed July 20, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The State's brief acknowledges there is no written motion to suppress in the *appellate* record. The reporter's record reflects a written motion to suppress was filed "under the old cause numbers." The record does not contain appellant's motion to suppress.

Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before March 16, 2018, containing any Motion to Suppress filed by appellant.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM